[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 28, 2010
JOHN LEY
CLERK

_____

No. 09-16427
Non-Argument Calendar

_____

D. C. Docket No. 95-00852-CR-UU

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE FABIO PINEDA,
a.k.a. Fabio Pineda,
a.k.a. Don Fabio,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 28, 2010)

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Ayana N. Harris, appointed counsel for Jose Fabio Pineda in his appeal from the district court's denial of his motion to reduce sentence, pursuant to 18 U.S.C. § 3582(c)(2), has filed a motion to withdraw from further representation of the appellant, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Pineda's § 3582(c)(2) motion is **AFFIRMED**.